# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE LUNA,<br><br>    Petitioner,<br><br>v.<br><br>A.J. MALFI, Warden,<br><br>    Respondent. | No. CV 07-148-DMG (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

On January 19, 2010, by order of the Chief Judge, this case was reassigned to this Court.

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a *de novo* determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 13, 2010

DOLLY M. GEE
United States District Judge