UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE LUNA, | ) | No. CV 07-148-DMG (AGR) |
|     Petitioner, | ) | |
| | ) | **JUDGMENT** |
|   v. | ) | |
| A.J. MALFI, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 13, 2010

                                        /s/ Dolly M. Gee
                                  DOLLY M. GEE
                         UNITED STATES DISTRICT JUDGE